# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2022 ND 162

State of North Dakota,

Plaintiff and Appellee

v.

Naike Doglod,

Defendant and Appellant

## No. 20220035

Appeal from the District Court of Burleigh County, South Central Judicial District, the Honorable David E. Reich, Judge.

AFFIRMED.

Per Curiam.

Julie A. Lawyer, State's Attorney, Bismarck, ND, for plaintiff and appellee; submitted on brief.

Laura C. Ringsak, Bismarck, ND, for defendant and appellant; submitted on brief.

**State v. Doglod**
**No. 20220035**

**Per Curiam.**

[¶1]   Naike Doglod appeals a criminal judgment entered after a jury found her guilty of terrorizing and criminal trespass. She argues the evidence was insufficient to sustain her convictions. After reviewing the record, sufficient evidence supports Doglod's terrorizing and criminal trespass convictions. *See State v. Johnson*, 2021 ND 161, ¶ 14, 964 N.W.2d 500 ("We have reviewed the evidence in a light favorable to the verdict, considered the reasonable inferences the jury could draw from the evidence, and conclude substantial evidence was presented to the jury to warrant a conviction."). We summarily affirm under N.D.R.App.P. 35.1(a)(3).

[¶2]   Jon J. Jensen, C.J.
Gerald W. VandeWalle
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte